**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Arnold SNIPES, Defendant–Appellant.**

No. 02–7089.

United States Court of Appeals,
Fourth Circuit.

Submitted Nov. 7, 2002.

Decided Nov. 13, 2002.

Arnold Snipes, Appellant Pro Se. Nancy Chastain Wicker, Office of the United States Attorney, Columbia, South Carolina, for Appellee.

Before WILLIAM D. WILKINS and LUTTIG, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Arnold Snipes seeks to appeal the district court's order denying relief on his motion filed under 28 U.S.C. § 2255 (2000). We have reviewed the record and conclude for the reasons stated by the district court that Snipes has not made a substantial showing of the denial of a constitutional right. *See United States v. Snipes,* Nos. CR–00–522; CA–02–487–2 (D.S.C. June 19, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*